# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:24-CR-0326-S |
| | § | |
| SAVON HYLAN SUMRALL | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 4] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Savon Hylan Sumrall's term of supervised release. *See* Electronic Order [ECF No. 12]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") and Defendant's Waiver of Right to Object pursuant to its order. *See* ECF No. 17. Defendant waived his right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant continue on the terms of his supervised release. The conditions of Defendant's supervised release are modified to include the following special conditions:

- Defendant must obtain employment.
- Defendant must make weekly restitution payments.
- Defendant must attend weekly Narcotics Anonymous/Alcoholics Anonymous meetings.

- Defendant shall participate in outpatient mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. Defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

**SO ORDERED.**

SIGNED September 3, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**